UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

**PRISCILLA VEGA**,

    Plaintiff,

vs.

**UNITED STATES OF AMERICA**,

    Defendant.
_____/

**COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, PRISCILLA VEGA, by and through her undersigned attorney sues the Defendant, UNITED STATES OF AMERICA, and alleges as follows:

1. That this is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

2. That the Plaintiff, Priscilla Vega, at all times material and relevant hereto was a resident of the City of Tamarac, Broward County, Florida, and is *sui juris*.

3. At all times material hereto the Defendant, United States of America, has the authority to sue and be sued in its own name.

4. That on or about March 6, 2017, the Plaintiff, Priscilla Vega, was lawfully on the premises of the Defendant, United States of America, located at 7875 N.W. 57th Avenue, Tamarac, Broward County, Florida, as a business invitee.

5. That on or about March 6, 2017, the Defendant, United States of America, by and through its agents, employees, and/or servants, had exclusive dominion,

possession and control of the premises.

6. That on or about March 6, 2017, the Defendant, United States of America, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to wit: The Plaintiff, Priscilla Vega, tripped and fell on a metal threshold that was loose and sticking up on the Defendant's premises located at 7875 N.W. 57th Avenue, Tamarac, Broward County, Florida, causing the Plaintiff serious injury.

7. That the Defendant, United States of America, either knew or should have known of the existence of the dangerous condition of a metal threshold that was loose and sticking up on the Defendant's premises and should have taken steps to warn the Plaintiff, Priscilla Vega, of the existence of the dangerous condition.

8. That the Defendant, United States of America, had a duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, United States of America, was negligent in creating or permitting the aforementioned dangerous and hazardous condition of a metal threshold that was loose and sticking up to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, United States of America, failed to warn the Plaintiff, Priscilla Vega, of the aforementioned condition and the risk involved inasmuch as the presence of the Plaintiff, Priscilla Vega, was known or reasonably foreseeable by the Defendant, United States of America, and the Plaintiff, Priscilla Vega, neither knew nor

should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, Priscilla Vega, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, United States of America, the Plaintiff, Priscilla Vega, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages and loss of ability to earn money in the past and in the future, and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, United States of America, the Plaintiff, Priscilla Vega, incurred medical expenses in the treatment of her injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff, PRISCILLA VEGA, demands judgment for damages against the Defendant, UNITED STATES OF AMERICA, and a trial by jury of all issues triable as a right by a jury.

DATED this 7th day of August, 2018.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Suite 703 - Museum Plaza
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
(954) 462-2300
Ruggiero@WCRlaw.com
Mnelson@WCRlaw.com

BY:   /s/ William C. Ruggiero
         WILLIAM C. RUGGIERO

WCR:mrn                              Florida Bar No. 878499